IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:17-cv-00058<br>)<br>) **CLASS ACTION** |
| QUINN MEDICAL, INC., a California corporation, THUASNE NORTH AMERICA, INC., a Washington corporation, and JOHN DOES 1-5, | )<br>)<br>)<br>) |
| Defendants. | ) |

**NOTTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., through its undersigned attorneys, hereby voluntarily dismisses Defendant, THUASNE NORTH AMERICA, INC., without prejudice.  The case remains pending against Defendants, QUINN MEDICAL, INC. and JOHN DOES 1-5.

Respectfully submitted,

PROGRESSIVE HEALTH AND REHAB CORP., INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons

By: /s/ Robert E. DeRose
       Robert E. DeRose – Ohio Bar #005214

BARKAN MEIZLISH HANDELMAN
GOODIN DEROSE WENTZ, LLP
250 E. Broad St., 10th Floor
Columbus, OH  43215
Telephone:  614-2221-4221 / Fax:  614-744-2300
bderose@barkanmeizlish.com

and:

Brian J. Wanca
Ryan M. Kelly
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500 / Fax:  847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been filed via the CM/ECF system that will send a copy to all attorneys of record on April 4, 2017.

/s/ Robert E. DeRose
Robert E. DeRose – Ohio Bar #005214