# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:17-cv-00058<br>)<br>) **CLASS ACTION** |
| QUINN MEDICAL, INC., | )<br>) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., and Defendant, QUINN MEDICAL, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this case, without prejudice, each side to bear its own costs.

Respectfully submitted,

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: |
|---|---|
| */s/ Robert E. DeRose* | */s/* David B. Shaver *(with permission)* |
| Robert E. DeRose | David B. Shaver |
| Ohio Bar# 0055214 | Ohio Bar# 0085101 |
| Trial Attorney for Plaintiff | Trial Attorney for Defendant |
| Barkan Meizlish Handleman Goodin DeRose Wentz, LLP | Surdyk, Dowd & Turner Co., LPA |
| 250 E. Broad Street, 10th Floor | 83163 Old Yankee Street, Suite C |
| Columbus, Ohio 43215 | Dayton, Ohio 45458 |
| Telephone (614) 221-4221 | Telephone: (937) 222-2333 |
| Facsimile: (614) 744-2300 | Facsimile: (937) 222-1970 |
| bderose@barkanmeizlish.com | dshaver@sdtlawyers.com |

| | |
|---|---|
| Ryan M. Kelly | John P. Ryan |
| Brian J. Wanca | Hinshaw & Culbertson LLP |
| Anderson + Wanca | 222 North LaSalle Street, Suite 300 |
| 3701 Algonquin Road, Suite 500 | Chicago, IL  60601 |
| Rolling Meadows, IL  60008 | Telephone:  (312) 704-3000 |
| Telephone:  (847) 368-1500 | Facsimile:  (312) 704-3001 |
| Facsimile:  (847) 368-1501 | jryan@hinshawlaw.com |
| bwanca@andersonwanca.com | |
| rkelly@andersonwanca.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been filed via the CM/ECF system that will send a copy to all attorneys of record on September 17, 2018.

/s/ Robert E. DeRose
Robert E. DeRose – Ohio Bar #005214